UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Civil Action Number 6:17-CV-00592-GAP-DCI

JUAN CARLOS GIL,
On His Own Behalf, and On Behalf of All
Other Individuals Similarly Situated,

    Plaintiff,

v.

GREATER ORLANDO AVIATION AUTHORITY,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsels that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 11th day of October, 2017.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ David E. Cannella* |
| Scott R. Dinin, Esq. | David E. Cannella, Esq. |
| SCOTT R. DININ, P.A. | 450 South Orange Ave., Suite 500 |
| 4200 NW 7th Avenue | Orlando, Florida 32802-1171 |
| Miami, Florida 33127 | E-mail: dcannella@carltonfields.com |
| Tel: (786) 431-1333 | Tel: (407) 849-0300 |
| Fax: (786) 513-7700 | Fax: (407) 648-9099 |
| E-mail: inbox@dininlaw.com | E-mail: dcannella@carltonfields.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |